# EXHIBIT B

From: Eric Hedrick [mailto:ekhedrick@yahoo.com]
Sent: Monday, October 03, 2016 12:28 PM
To: Umstot, Peyton; Cullers, Tim
Subject: Placement

This email is to inform you that we will not be taking any more chicks after this flock we have now is finished. We are closing our doors.

Please respond so we know you have received this.

Eric and Rachel Hedrick
Triple R Ranch LLC