# EXHIBIT C

## Hall, Jessica

**From:** Umstot, Peyton
**Sent:** Tuesday, October 04, 2016 3:26 PM
**To:** 'Eric Hedrick'; Cullers, Tim
**Subject:** RE: Placement

Eric,
This email is to confirm that Pilgrim's Moorefield Complex received your email yesterday requesting to terminate the broiler production agreement. The complex also confirms receipt of your request that Pilgrim's no longer place chicks back on Triple R Farm after the current flock is removed for processing. Your letter has been tendered to the appropriate individual. In the meantime, and per your request, Pilgrims will not slot your farm to receive chicks in the future.

**Peyton Umstot**
**Pilgrims**

**From:** Eric Hedrick [mailto:ekhedrick@yahoo.com]
**Sent:** Monday, October 03, 2016 12:28 PM
**To:** Umstot, Peyton; Cullers, Tim
**Subject:** Placement

This email is to inform you that we will not be taking any more chicks after this flock we have now is finished. We are closing our doors.

Please respond so we know you have received this.

Eric and Rachel Hedrick
Triple R Ranch LLC

1